IN THE UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| BLAINE MCNUTT,<br><br>    Plaintiff,<br><br>v.<br><br>DILLARDS, INC.,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   Cause No.: 3:18-cv-40<br>§<br>§<br>§<br>§ |

### Order Granting Plaintiff's Motion to Remand

IT IS THEREFORE ORDERED that Plaintiff's Motion to Remand (Doc. #___) is GRANTED.

The Clerk is directed to remand this case to the 34th District Court of El Paso County, Texas.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE

1