# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT TEXAS

| | |
|---|---|
| BLAINE MCNUTT<br>PLAINTIFF | §<br>§  NO. 18CV40<br>§<br>§<br>§<br>§ |
| VS. | |
| DILLARDS, INC<br>DEFENDANT | § |

THE STATE OF TEXAS
COUNTY OF EL PASO

### AFFIDAVIT OF PLAINTIFF

"My name is **BLAINE MCNUTT**. I am above the age of eighteen (18) years and competent in all respects to make this sworn affidavit, and the statements in this affidavit are made under penalty of perjury under the laws of the United States. I have personal knowledge of the statements in this affidavit.

"I am the Plaintiff in the above matter. My lawsuit concerns one shirt which I purchased at Dillards, 750 Sunland Park Dr., El Paso, TX., on Dec 2,2017. I purchased 2 of these shirts at different times and paid approximately $29.95 for the shirt at issue in this lawsuit( I have only 1 receipt). A true and correct copy of my receipt showing this purchase is attached as "Exhibit A" to this affidavit".

WITNESS MY HAND this          day of February, 2018.

*[signature]*
AFFIANT

BEFORE ME, the undersigned authority, on this day personally appeared **BLAINE MCNUTT**, known to me to be the person whose name is subscribed to the foregoing instrument, and after being duly sworn by me, did state upon oath that the declarations contained in said instrument are true and correct.

SUBSCRIBED AND SWORN TO before me, on this the 27th day of February, 2018 to certify which witness my hand and seal of office.

*[Notary seal: ELIZABETH REYES, Notary Public, State of Texas, Comm. Expires 06-14-2020, Notary ID 130700071]*

*[signature: Elizabeth Reyes]*

Notary Public in and for
the State of Texas

```
               THE STYLE OF YOUR LIFE

           *     CUSTOMER COPY     *
                 12/02/17  15:41

    839159292      SALE        0015  0926199

    545-520-7728263 545  065         $29 75
    POLO
    B POP 113692650147 (8.2500%)
    3-DAY RETURN LIMIT ON THIS ITEM

                   Subtotal:         $29 75
                       Tax:           $2 45
                     Total:          $32.20

    CASH                             $40 00

                Change Due:          -$7 80

    CASH                             -$7 80


              RECEIPT #09261990015120021539

              WWW.DILLARDS.COM/SUNLANDPARKMALL
                       EL PASO, TX
                    PHONE: (915)833-8100
              RETURN POLICY ON BACK OF RECEIPT
                          ---


              ALL SALES OF VINTAGE HANDBAGS
                  IN DEPT 289 ARE FINAL
              ------------------------
           Ask a sales associate how you can earn
                   DILLARD'S REWARDS POINTS
                     with every purchase.

                      12/02/17  15:41
```

"EXHIBIT A"